No. 81–1220. SCHMEDT *v.* DE BACA ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–1225. SANDINI *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 81–1227. HUBBARD ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 81–1256. NEW MEXICO ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–1275. FOUNDING CHURCH OF SCIENTOLOGY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 81–1300. REX *v.* CIA. PERVANA DE VAPORES, S.A., ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–1317. CITY OF PARMA, OHIO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–1365. BRIGHT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–1376. 400 E. BALTIMORE STREET, INC. *v.* MARYLAND. Crim. Ct. Baltimore City, Md. Certiorari denied.

No. 81–1388. PRINCESS SEA INDUSTRIES ET AL. *v.* NEVADA ET AL. Sup. Ct. Nev. Certiorari denied.

No. 81–1413. PLAQUEMINES PARISH MOSQUITO CONTROL DISTRICT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.